# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA, NORFOLK DIVISION

In re  JAMES EDWARD STOTT  
PAMELA KAY STOTT

Case No. 10-70900-SCS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | FIA Card Services aka Bank of America |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

eCAST Settlement Corporation  
POB 29262  
New York, NY 10087-9262

Court Claim # (if known):  13  
Amount of Claim:  $2,253.96  
Date Claim Filed:  05/10/2010

Phone: 610-644-7800  
Last Four Digits of Acct #:  9470  
Last Four of Alternate Acct #:  7987

Phone: 800-671-2115  
Last Four Digits of Acct #:  9470  
Last Four of Alternate Acct #:  7987

Name and Address where transferee payments should be sent (if different from above):

Phone:  
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ ALANE A. BECKET    Date:  08/02/2010  
Alane A. Becket, Esquire, PA65451  
Becket & Lee LLP, Attorneys/Agent for Creditor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

BAC00207

